# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| Kevin Day Dunlow | ) Case No. 5:24-mj-1651-BM |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kevin Day Dunlow,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c) - Transmitting a Threat in Interstate Commerce

18 U.S.C. § 1038(a)(1) - False information and hoaxes

Date: May 20, 2024; 12:26 pm

*Issuing officer's signature*

City and state: Raleigh, North Carolina

BRIAN S. MEYERS, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/20/2024, and the person was arrested on *(date)* 05/24/2024
at *(city and state)* C/CA - Santa Ana

Date: 05/29/2024

C. Oliphant, FBI C/CA
*Arresting officer's signature*

by S. Bowyer, USMS
*Printed name and title*

FILED
MAY 29 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK